
JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| OMAR MALIK JEFFERSON, | ) | No. CV 12-01934-DMG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. D. BITER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 26, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE